Floyd R. Murray, appellee, v. J. Leonard Taylor et al. Arthur C. Jones, appellant. Gen. No. 28,909.

Assumpsit for moneys expended and for legal services., Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

James E. McGrath, for appellant. Levinson & Hoffman, for appellee; W. H. Gallagher, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Anne Deegan, administratrix of the estate of John P. Deegan, deceased, appellee, v. Hydrox Company, appellant. Gen. No. 28,831.

Action for death of minor caused by negligent operation of electric automobile truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed April 3, 1924.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Robert Malcolm, appellee, v. Florence Jessie Malcolm, appellant. Gen. No. 28,863.

Husband's bill for divorce. Answer asking alimony, suit money, etc., and injunction against disposing of property and molesting defendant and children. Injunction granted. Bill dismissed without prejudice. Motion to vacate order of dismissal and for leave to file cross-bill for divorce. Motion granted. Complainant's motion to modify order of dismissal granted. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

Francis W. Walker and Henry F. Tenney, for appellant; Frederick J. Bertram, of counsel. Charles E. Erbstein, Florence King and John B. Fruchtl, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mary Keenan, appellee, v. E. C. Fuller Company, appellant. Gen. No. 28,872.

Action on chattel mortgage for return of property replevied. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with judgment here and remanded with directions. Opinion filed April 3, 1924. Rehearing denied April 15, 1924. Certiorari denied by Supreme Court (making opinion final).

Newman, Poppenhusen, Stern & Johnston, for appellant; Henry J. Brandt and A. L. Rittenberg, of counsel. Julian C. Ryer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.